MICHAEL S. PEDRETTI
Attorney at Law
California State Bar #157635
406 Ninth Avenue, Suite 303
San Diego, California 92101
619-531-8808

FILED
AUG 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY *EF* DEPUTY

Attorney for JUAN GUERRERO-MANJARREZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JUAN GUERRERO-MANJARREZ,<br><br>Defendant. | ) | Case No. 08MJ8698<br><br>SUBSTITUTION OF ATTORNEY |

Defendant hereby substitutes Michael S. Pedretti as his attorney of record in the above matter as his counsel of record in place of :____________________.

Dated: *8-12-08*

*[signature]*
Juan Guerrero-Manjarrez
Defendant

Dated: *8/12/08*

*[signature]*
Michael S. Pedretti
Attorney for Defendant

I consent to the above substitution:

Dated: ____________________

Attorney at Law

MICHAEL S. PEDRETTI
Attorney at Law
California State Bar #157635
406 Ninth Avenue, Suite 303
San Diego, California 92101
619-531-8808

FILED
AUG 19 2008
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

Attorney for JUAN GUERRERO-MANJARREZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JUAN GUERRERO-MANJARREZ, Defendant. | Case No. 08MJ8698 SUBSTITUTION OF ATTORNEY |

Defendant hereby substitutes Michael S. Pedretti as his attorney of record in the above matter as his counsel of record in place of: ______________________

Dated:

Juan Guerrero-Manjarrez
Defendant

Dated: 8/12/08

Michael S. Pedretti
Attorney for Defendant

I consent to the above substitution:

Dated:

Andrew Lah, Federal Defenders
Attorney at Law

FILED
AUG 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JUAN GUERRERO-MANJARREZ, Defendant. | Criminal Case No. 08MJ8698 ORDER |

ORDER

*IT IS HEREBY ORDERED* that Michael S. Pedretti be substituted as attorney of record in this matter.

DATED: 8-19-08

United States Magistrate Judge