FILED
SEP - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA DEL CARMEN GUERRERO-RAMOS (1),<br>JUAN PEDRO GUERRERO-MANJARREZ (2),<br><br>Defendants. | Criminal Case No. 08CR2945-JLS<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony);<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |

The United States Attorney charges:

Count 1

On or about August 5, 2008, within the Southern District of California, defendants MARIA DEL CARMEN GUERRERO-RAMOS and JUAN PEDRO GUERRERO-MANJARREZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 7.46 kilograms (16.41 pounds) of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

CJB:es:Imperial
9/2/08

Count 2

On or about August 5, 2008, within the Southern District of California, defendants MARIA DEL CARMEN GUERRERO-RAMOS and JUAN PEDRO GUERRERO-MANJARREZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 19.64 kilograms (43.21 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: September 2, 2008 .

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney