AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JUAN PEDRO GUERRERO-MANJARREZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08MJ8698
08CR2945-JLS

I, JUAN PEDRO GUERRERO-MANJARREZ, the above named defendant, who is accused of committing the following offenses:

Count 1: Importation of Methamphetamine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony);

Count 2: Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony);

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9/2/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
SEP - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

Defendant

Counsel for Defendant

Before
Judicial Officer